UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARQUE GARDELEY,<br><br>  Defendant. | 2:08-CR-00061-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Defendant Marque Gardeley's, Motion to Suppress (Doc. #29) filed on July 31, 2009. On May 11, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge, entered a Report and Recommendation (Doc. #65) recommending that Defendant's Motion to Suppress (Doc. #29) should be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Johnston's Report and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Johnston's Report and Recommendation (Doc. #65) is Affirmed and Defendant Marque Gardeley's Motion to Suppress (Doc. #29) is **DENIED**.

DATED: June 28, 2010.

_____
PHILIP M. PRO
United States District Judge