1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,              )
                                        )
9              Plaintiff,               )
                                        )
10             v.                       )        2:08-CR-061-PMP (RJJ)
                                        )
11 MARQUE GARDELEY,                     )
                                        )
12 _____Defendant._____     )

13                 **PRELIMINARY ORDER OF FORFEITURE**

14        This Court finds that on January 20, 2012, defendant MARQUE GARDELEY pled guilty to

15 Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm,

16 in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Docket #1.

17        This Court finds defendant MARQUE GARDELEY agreed to the forfeiture of the property

18 set forth in Forfeiture Allegation of the Criminal Indictment.

19        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

20 America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

21 Criminal Indictment and the offense to which defendant MARQUE GARDELEY pled guilty.

22        The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

23 924(d)(1) and Title 28, United States Code, Section 2461(c):

24             a.    a Winchester, 12 gauge shotgun, bearing serial number L2847656;

25             b.    four rounds 12 gauge ammunition; and

26             c.    any and all ammunition ("property").

1    This Court finds the United States of America is now entitled to, and should, reduce the

2    aforementioned property to the possession of the United States of America.

3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4    United States of America should seize the aforementioned property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6    MARQUE GARDELEY in the aforementioned property is forfeited and is vested in the United States

7    of America and shall be safely held by the United States of America until further order of the Court.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12   the name and contact information for the government attorney to be served with the petition, pursuant

13   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

15   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18   following address at the time of filing:

19        Michael A. Humphreys
          Assistant United States Attorney
20        Daniel D. Hollingsworth
          Assistant United States Attorney
21        Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000
22        Las Vegas, Nevada 89101.

23   . . .

24   . . .

25   . . .

26   . . .

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this _ 24th day of January, 2012.

6

7

8

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**

I, Heidi Skillin, Clerk II, certify that the following individuals were served with copies of the

Preliminary Order of Forfeiture on January 24, 2012, by the below identified method of service:

Electronic Filing

Richard F. Boulware
Federal Public Defender
411 East Bonneville
Las Vegas, NV 80101
Richard_Boulware@fd.org
*Counsel for Marque Gardeley*

/s/ HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associates Clerk