**FILED**

JUN 25 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:08-CR-061-PMP (RJJ) |
| MARQUE GARDELEY, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On January 24, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MARQUE GARDELEY to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant MARQUE GARDELEY pled guilty. Indictment, ECF No. 1. Plea Memo, ECF No. 96. Minutes of Change of Plea Hearing, ECF No. 98. Preliminary Order of Forfeiture, ECF No. 100.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 30, 2012, through February 28, 2012, notifying all third parties of their right to petition the Court. Notice of Proof of Publication, ECF No. 101.

1    This Court finds no petitions were filed herein by or on behalf of any person or entity and the

2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time

4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

9    2461(c); and Title 21, United States Code, Section 853 (n)(7) and shall be disposed of according to

10   law:

11       a)    a Winchester 1300 12 gauge shotgun, serial # L2847656;

12       b)    four rounds 12 gauge ammunition; and

13       c)    any and all ammunition.

14   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

15   certified copies to the United States Attorney's Office.

16   DATED this _____ day of _____, 2012.

17

18

19                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26